UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cr-00074-MOC-DSC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **LAMANUEL WYNN,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's second letter to the Court this month. The contentions contained in this letter simply restate issues raised in his first letter (#299). For the reasons discussed in this Court's earlier Order (#300), defendant's requests will be denied.

**ORDER**

**IT IS, THEREFORE, ORDERED** that to the extent defendant seeks relief from this Court in his most recent letter (#301), such request is **DENIED** for the reasons discussed in this Court's earlier Order (#300).

Signed: February 15, 2018

Max O. Cogburn Jr
United States District Judge

1