UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cr-74-MOC-3

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| vs. | ) | |
| | ) | **ORDER** |
| LAMANUEL WYNN, | ) | |
| Defendant. | ) | |

**THIS MATTER** comes before the Court on Defendant's Motion for Compassionate Release. (#401).

Having reviewed Defendant's Motion, the Court finds that a response from the Government is needed to fully consider their merits. Consequently, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Government **SHALL RESPOND** to Defendant's Motion for Compassionate Release within 20 days of the entry of this Order.

Signed: March 16, 2022

Max O. Cogburn Jr
United States District Judge